IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANSBACHER (BAHAMAS) LTD., a Commonwealth of The Bahamas company, and LYFORD INTERNATIONAL BANK LTD., a Commonwealth of The Bahamas company;<br><br>*Plaintiffs,*<br><br>v.<br><br>BANCREDITO INTERNATIONAL BANK & TRUST CORPORATION also known as BANCREDITO INTERNATIONAL BANK CORPORATION, a Puerto Rico Corporation;<br><br>*Defendants.* | CIVIL NO. 19-1808 (DRD) |

**JUDGMENT**

Pursuant to Plaintiffs, ANSBACHER (BAHAMAS) LTD., a Commonwealth of The Bahamas company, and LYFORD INTERNATIONAL BANK LTD., a Commonwealth of The Bahamas company's *Notice of Voluntary Dismissal with Prejudice* (Dkt. No. 11) as provided in Fed. R. Civ. P. 41(a)(1)(A)(i), the Court **DISMISSES** the instant case **WITH PREJUDICE**.

**THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico, on this 7th day of October, 2019.

*S/Daniel R. Domínguez*
Daniel R. Domínguez
United States District Judge